

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2014

No. 04-14-00766-CV

**IN RE** Helisse M. **FRIESTMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On November 3, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than November 21, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 7, 2014.

PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-05746, styled *In the Matter of the Marriage of Brian E. Friestman and Helisse M. Friestman and In the Interest of A.G.F., A.F.F., and E.H.F., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.